**STEVE DIMOPOULOS, ESQ.**
Nevada Bar No. 12729
**SCOTT W. ULM, ESQ.**
Nevada Bar No. 12652
**DIMOPOULOS INJURY LAW**
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
O: (702) 800-6000
F: (702) 224-2114
su@stevedimopoulos.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL MIGUEL HERRERA CORRALES,<br><br>Plaintiff,<br><br>vs.<br><br>ELBERT DARIEL DUNNIGAN, et al.,<br><br>Defendants. | CASE NO.: 2:26−cv−00025−RFB−MDC<br><br>**PROPOSED JOINT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO FRCP 26(F) AND**<br>**LOCAL RULE 26-1(B)** |

Plaintiff, ANGEL MIGUEL HERRERA CORRALES, and Defendants, ELBERT DARIEL DUNNIGAN, FLEET LOGIC, LLC and AMAZON LOGISTICS, LLC (Collectively "Parties") by and through their respective counsel of record, and hereby submit the following Joint Discovery Plan and Scheduling Order pursuant to the requirements of FRCP 26, FRCP 16(b) and LR 26-1, as follows:

1.  **Prior Procedural History:**

This matter involves an accident that occurred on September 20, 2024.  On November 25, 2025, Plaintiff filed his Complaint, on December 18, 2025, Plaintiff filed his First Amended Complaint in the District Court.

Plaintiff served Defendant Fleet Logic, LLC on December 12, 2025, and served Defendant Amazon, Inc. on December 7, 2025.  Defendants filed their Answer on December 30, 2025. Defendants Elbert Dariel Dunnigan and Fleet Logic, LLC, filed their Petition for Removal on January 7, 2026.

2. **FRCP 26(f) Conference**:

Pursuant to FRCP 26(f) and LR 26-1(d), a telephonic conference was held on February 13, 2026 between Plaintiff's counsel, Scott W. Ulm, Esq., and Counsel for Defendants, Karen L. Bashor, Esq. and Brooke A. Bohlke, Esq. to formulate this scheduling order.

3. **Party Discovery Disclosures:**

   a. Defendants will make their disclosures within two weeks of this report.

   b. Plaintiff will make his disclosures within two weeks of this report.

4. **Subjects of Discovery:** The parties agree that the areas of discovery should include, but not be limited to, all claims and defenses allowed pursuant to the FRCP and applicable law.

5. **Statement Concerning Special Scheduling Review:** Based on the nature of the injuries, Plaintiff's medical specials, and anticipated experts and depositions, the parties have agreed to propose an extended schedule and propose the following discovery plan:

   a. **Discovery Cut-Off Date [LR 26-1(b)(1)]:** the parties propose that discovery ends **Tuesday, October 13, 2026,** which is the first weekday 242 days from the FRCP 26(f) conference.

   b. **Amending the Pleading or Adding Parties**: the deadline to amend pleadings or add parties shall be no later than **Wednesday, July 15, 2026,** which is the first weekday 90 days before the discovery cut off.

   c. **FRCP 26(a)(2) Expert Disclosures**:

      i. Expert disclosures shall be made no later than **Friday, August 14, 2026**, which is the first weekday 60 days prior to the discovery cutoff date;

      ii. Rebuttal Expert disclosures shall be made no later than **Monday, September 14, 2026**, which is 30 days after expert disclosures;

   d. **Dispositive Motions:** Any dispositive motions shall be filed by **Thursday, November 12, 2026**, which is 30 days after the close of discovery.

6. **Pre-Trial Order:** A joint pre-trial order shall be filed by **Monday, December 14, 2026,** which is 30 days after the dispositive motion deadline. In the event dispositive motions are

filed, this deadline shall be suspended until thirty days after decision of the dispositive motions or further order of the court.

7. **Alternative Dispute Resolution**:  The parties are not requesting a settlement conference at this time.

8. **Alternative Forms of Case Disposition**:  The parties hereby certify that they considered consent to trial by a magistrate judge under 28 U.S.C. 636(c) and FRP 73 and the use of the Short Trial Program (General Order 2013-01) but chose not to pursue either option.

9. **Electronic Evidence**.  The parties hereby certify that they discussed the use of electronic evidence during trial.

10. **Later Appearing Parties**:  A copy of this discovery plan and scheduling order shall be served on any person served after it is entered or, if additional defendants should appear, within five days of their first appearance.  The discovery plan and scheduling order shall apply to such late appearing parties unless the Court, on motion and for good cause shown order otherwise.

11. **Discovery Phases**: The parties do not believe it is necessary to conduct discovery in phases.

12. **Document Production:** All documents produced in this action will be delivered as either hard copy documents or Tagged Image File Format ("TIFF"), Portable Document Format ("PDF"), and compressed digital files (JPEG) images unless the requesting party specifically requests that any responsive electronic documents be produce in native format. If a requesting party seeks metadata regarding an electronically stored document, that party shall specify the request for metadata in the request or by separate request for production.

13. **Protective Orders for Confidential Documents and/or Information**: The parties discussed confidential information and the process for addressing inadvertent disclosure of privileged information. They have agreed to separately prepare a stipulated protective order for the Court's consideration should such need arise.

14. **Extensions or Modifications of the Discovery Plan and Scheduling Order**:  LR 26-3 governs modifications or extensions of this discovery plan and scheduling order.  Any

DIMOPOULOS
INJURY LAW

stipulation or motion must be made not later than 21 days before the subject deadline and fully comply with LR 26-3.

1. **Other Orders**: At this time, there are no other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

DATED this 27th day of February 2026.

**DIMOPOULOS INJURY LAW**

_____
SCOTT W. ULM, ESQ.
Nevada Bar No. 12652
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED this 27th day of February 2026.

**WILSON ELSER**

 */s/ Elisa L. Wyatt*

_____
ELISA L. WYATT, ESQ.
Nevada Bar No. 13034
KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant*
*Amazon Logistics, LLC*

DATED this 27th day of February 2026.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

 */s/ Brooke A. Bohlke*

_____
BROOKE A. BOHLKE, ESQ.
Nevada Bar No. 9374
6385 S Rainbow Blvd #600,
Las Vegas, NV 89118
*Attorneys for Defendants*
*Elbert Dariel Dunnigan*
*and Fleet Logic, LLC*

IT IS SO ORDERED.

_____
MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED: 3-3-26 _____