BROOKE A. BOHLKE
Nevada Bar No. 9374
Brooke.Bohlke@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL MIGUEL HERRERA CORRALES, | Case No. 2:26-cv-00025-RFB-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO SUBSTITUTE PARTIES IN COMPLAINT AND AMEND CAPTION** |
| ELBERT DARIEL DUNNIGAN; FLEET LOGIC, LLC; AMAZON LOGISTICS, INC.; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for the respective parties, that FLEET LOGIC, LLC be removed from this matter and the proper Defendant, JOYRIDE LOGISTICS, LLC, be substituted in its place, with the substitution relating back to the date of the filing of the Complaint.

*///*

*///*

*///*

*///*

*///*

*///*

*//*

*//*

IT IS FURTHER STIPULATED AND AGREED that the caption shall be amended so as to substitute JOYRIDE LOGISTICS, LLC in place and instead of FLEET LOGIC, LLC.

**IT IS SO STIPULATED.**

Dated:  July 1, 2026.

| **LEWIS BRISBOIS BISGAARD & SMITH, LLP** | **DIMOPOULOS INJURY LAW** |
|---|---|
| /s/ *Brooke A. Bohlke* | */s/ Scott W. Ulm* |
| BROOKE A. BOHLKE<br>Nevada Bar No. 9374<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants* | Steve Dimopoulos, Esq.<br>Nevada Bar No. 12729<br>Scott W. Ulm, Esq.<br>Nevada Bar No. 12652<br>400 South 7th Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED**:

UNITED STATES MAGISTRATE JUDGE
7-6-26

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

177994964.1                    2